DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BANANA RIVER FINANCE, INC.,**
Appellant,

v.

**JOHN M. GREENE II,** a/k/a **JOHN GREEN,**
Appellee.

No. 4D19-696

[February 27, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 31-2017-CA-000461.

Mark S. Peters of Eisenmenger, Robinson, Blaue & Peters, P.A., Viera, for appellant.

Eric A. Lanigan of Lanigan & Lanigan, PL, Winter Park, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and FORST, JJ., and GILLESPIE, KENNETH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***